**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Edward Heiderscheid,

Court File No. Civ. 01-1317 (DSD/SRN)

Plaintiff,

-vs-

Bock Engineered Products, Inc.,
an Ohio corporation,

Defendant and
Third-Party Plaintiff,

-vs-

Myers Printing Company,

Third-Party Defendant.

---

# ORDER

---

Based on the stipulation of the parties, leave is hereby granted for Defendant Bock Engineered Products, Inc. to commence a third-party action and to serve a Third-Party Summons and Complaint on Myers Printing Company.

Dated: November 29, 2001.

David S. Doty, U.S. District Court Judge

FILED 11-29-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

Edward Heiderscheid, Court File No. Civ. 01-1317 (DSD/SRN)

Plaintiff,

-vs-

Bock Engineered Products, Inc.,
an Ohio corporation,

Defendant and
Third-Party Plaintiff,

-vs-

Myers Printing Company,

Third-Party Defendant.

---

## STIPULATION

---

**IT IS STIPULATED** between the parties, by and through their respective undersigned attorneys, that Defendant Bock Engineered Products, Inc. may serve and file a Third-Party Summons and Complaint impleading Myers Printing Company as a Third-Party Defendant in this matter. A copy of the proposed Third-Party Complaint is attached hereto as Exhibit A.

DRAWE & HEISICK

Dated: Nov 29, 2001.

Scott P. Drawe

Scott P. Drawe, Atty. I.D. 148325
Attorney for Defendants
7701 France Avenue South, Suite 400
Minneapolis, MN 55435
Phone: (952) 841-2130

MESHBESHER & SPENCE

Dated: Nov. 29, 2001.

Katherine S. Flom, Atty. I.D. No. 140077
Attorney for Plaintiff
1616 Park Avenue
Minneapolis, MN 55404
Phone: (612) 339-9121

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

RECEIVED 01 NOV 29 PM 3:09

---

Edward Heiderscheid, Court File No. Civ. 01-1317 (DSD/SRN)

Plaintiff,

-vs-

Bock Engineered Products, Inc.,
an Ohio corporation,

Defendant and
Third-Party Plaintiff,

-vs-

Myers Printing Company,

Third-Party Defendant.

---

**THIRD-PARTY COMPLAINT**

---

Bock Engineered Products, Inc., for its Third-Party Complaint against Myers Printing Company, states and alleges as follows:

I.

Plaintiff Edward Heiderscheid has served a Complaint upon Defendant and Third-Party Plaintiff Bock Engineered Products, a copy of which is attached hereto as Exhibit A.

II.

In his Complaint, plaintiff seeks to recover for injuries he allegedly sustained while operating a centrifuge at Myers Printing Company on or about July 1, 1999.

3rd pty summons issued 4/2

III.

Bock Engineered Products has answered the Complaint denying liability.

IV.

Myers was negligent in its operations, including, but not limited to, negligence in failing to provide plaintiff with a reasonably safe place to work, negligence in the maintenance and servicing of machinery at Myers Printing, and negligence in the training and supervision of plaintiff.

V.

Said negligence of Myers Printing was a direct and proximate cause of the injuries of Plaintiff Edward Heiderscheid.

VI.

In the event that Defendant and Third-Party Plaintiff Bock Engineered Products is found to be liable to plaintiff in this action, Defendant and Third-Party Plaintiff Bock Engineered Products is entitled to contribution and/or indemnity from Myers Printing for any and all sums that it may pay or be adjudged to pay plaintiff.

**WHEREFORE**, Defendant and Third-Party Plaintiff Bock Engineered Products prays judgment as follows:

1. In the event that Defendant and Third-Party Plaintiff Bock Engineered Products is held liable on plaintiff's Complaint, that it have judgment on its Third-Party Complaint against Myers Printing for indemnity and/or contribution; and,

2. That Defendant and Third-Party Plaintiff Bock Engineered Products have and recover its reasonable costs and disbursements herein.

DRAWE & HEISICK

Dated: Nov 27, 2001.

Scott P. Drawe, I.D. #148325
Attorney for Defendant and Third-Party
Plaintiff Bock Engineered Products
7701 France Avenue South, Suite 400
Minneapolis, MN 55435
Phone: (952) 841-2130

**ACKNOWLEDGMENT**

The undersigned hereby acknowledges that costs, disbursements, and reasonable attorney and witness fees may be awarded pursuant to Minn. Stat. §549.21, Subd. 2, to the party against whom the allegations in this pleading are asserted.

Scott P. Drawe, 148325

# Exhibit A

STATE OF MINNESOTA

COUNTY OF HENNEPIN

DISTRICT COURT

FOURTH JUDICIAL DISTRICT

Personal Injury
COURT FILE NO.:

(P)

Edward Heiderscheid,

Plaintiff,

vs.

JOHN K. CLEMENT, JR.
Bock Engineered Products, Inc.,
an Ohio corporation, 3600 SUMMIT
TOLEDO, OH. 436__

Defendant.

SUMMONS

THE STATE OF MINNESOTA TO THE ABOVE-NAMED DEFENDANT:

You are hereby summoned and required to serve on plaintiff's attorney an Answer to the Complaint which is herewith served upon you within twenty (20) days from the date of service, exclusive of the date of such service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

The parties to this case are encouraged to attempt alternative dispute resolution pursuant to Rule 114 of the Minnesota General Rules of Practice for the District Courts. Alternative dispute resolution includes mediation, arbitration, and other processes as set forth in the rules. You may contact the court administrator about resources in your area. If you cannot pay for mediation or alternative dispute resolution, in some counties, assistance may be available to you through a non-profit provider or court program.

Dated: 6-12-01

MESHBESHER & SPENCE, LTD.

By [signature]
Katherine S. Flom, #140077
Attorneys for Plaintiff
1616 Park Avenue
Minneapolis, MN 55404
(612) 339-9121

(4)

STATE OF MINNESOTA

COUNTY OF HENNEPIN

DISTRICT COURT

FOURTH JUDICIAL DISTRICT

Personal Injury
**COURT FILE NO.:**

- - - - - - - - - - - - - - - - - -

Edward Heiderscheid,

Plaintiff,

vs.

**COMPLAINT**

Bock Engineered Products, Inc.,
an Ohio corporation,

Defendant.

- - - - - - - - - - - - - - - - - -

Plaintiff, Edward Heiderscheid as and for his Complaint herein, states and alleges as follows:

COUNT ONE

STRICT LIABILITY

I.

That based upon information and belief, defendant Bock Engineered Products, Inc., hereinafter "Bock," is a corporation duly organized and existing under the laws of the State of Ohio and is conducting business in the State of Minnesota.

II.

That at some time prior to July 1, 1999, defendant Bock manufactured a certain centrifuge, Model No. 655, Serial No. 6554302; which was sold to Meyers Printing Company in Plymouth, Hennepin County, State of Minnesota, and upon information and belief, said centrifuge was shipped to Meyers Printing by Bock.

III.

That the centrifuge was distributed and sold by defendant without substantial change to any part of the whole thereof from the time it was distributed and sold by defendant, and no such change was expected, contemplated, or planned by defendant; that the centrifuge reached Meyers Printing in the exact condition as intended by defendant.

IV.

That prior to July 1, 1999, there was no substantial change to any part of the centrifuge by Meyers Printing or the plaintiff and that the equipment was utilized in the manner and realm of foreseeable uses contemplated by defendant.

V.

That the centrifuge manufactured by defendant Bock was defective when designed, manufactured, and marketed by the defendant; that defendant caused to be placed on the market a product in a defective condition that was unsafe for its intended use and unreasonably dangerous to the ultimate consumer, plaintiff herein.

VI.

That on or about July 1, 1999, plaintiff, while using the Bock centrifuge, was severely injured as a direct and proximate result of the aforesaid defects, said injuries being to his mind and body, in particular his left arm and shoulder, some of which injuries are of a permanent nature and have caused, and will in the future cause, plaintiff to suffer mental and physical pain, suffering, mental distress, embarrassment, disfigurement, and disability; that plaintiff has incurred a loss of earnings and a reduction of earning capacity; that plaintiff has incurred, and will in the future incur, medical expenses, the exact amount of which cannot be fully ascertained

(6)

at this time; all to plaintiff's damage in a reasonable amount in excess of Fifty Thousand and no/100 Dollars ($50,000.00).

COUNT TWO

NEGLIGENCE

Plaintiff, as and for his second claim herein, reasserts and realleges each and every allegation, matter and thing in Count One with the same force and effect as if set forth at length and in detail herein, and further states and alleges as follows:

VII.

That defendant owed plaintiff a duty of due care in the design, manufacture, assembly, inspection, testing, instruction of use, and warnings of dangers in the use of the aforementioned centrifuge; that defendant was negligent in the performance of the aforementioned duties.

VIII.

That as a direct and proximate result of the defendant's negligence, plaintiff sustained injuries and damages as more fully alleged in Count One.

WHEREFORE, plaintiff prays for judgment against the defendants, and each of them, for a reasonable amount in excess of Fifty Thousand and no/100 Dollars ($50,000.00), together with costs, disbursements, and statutory prejudgment interest herein.

MESHBESHER & SPENCE, LTD.

Dated: 6 7 ~~2000~~ 01

By [signature]
Katherine S. Flom, #140077
Attorneys for Plaintiff
1616 Park Avenue
Minneapolis, MN 55404
(612) 339-9121

7

## ACKNOWLEDGMENT

The undersigned hereby acknowledges that sanctions may be imposed pursuant to Minn. Stat. § 549.211 to the party against whom the allegations in this pleading are asserted.

MESHBESHER & SPENCE, LTD.

Dated: 6-12-01

By ______________________

Katherine S. Flom, #140077
Attorneys for Plaintiff
1616 Park Avenue
Minneapolis, MN 55404
(612) 339-9121

## Please forward this announcement to the recipient of this fax.

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500