UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Edward Heiderscheid,

Plaintiff,

vs.

Bock Engineered Products, Inc.,
an Ohio corporation,

Defendant and
Third-Party Plaintiff,

vs.

Myers Printing Company,

Third-Party Defendant.

Court File No.: 01-1317 (DSD/SRN)

## STIPULATION AND ORDER

Third-Party Defendant, with the assistance of its undersigned counsel, herein provides the following documents in response to the Notice of Taking Deposition of Wayne Olson Duces Tecum dated February 7, 2002:

The above-entitled parties, through their undersigned counsel, herein **Stipulate** and **Agree** to a requested modification of ¶3 of the Pretrial Scheduling Order as follows:

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

FILED MAR - 8 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

A. By Plaintiff(s) on or before April 15, 2002.

B. By Defendant(s) on or before May 15, 2002.

C. By Third-Party Defendant(s) on or before June 15, 2002.

Dated: 3-6-02

**MESHBESHER & SPENCE**

By: ____________________
KATHERINE S. FLOM #140077
Attorneys for Plaintiff
Edward Heiderscheid
1616 Park Avenue
Minneapolis, MN 55404
(612) 339-9121

Dated: 3/6/02

**DRAWE & HEISICK**

By: ____________________
SCOTT P. DRAWE #148325
Attorneys for Defendant
Bock Engineered
7701 France Avenue South
Suite 400
Minneapolis, MN 55435
(952) 841-2130

Dated: 3/1/02

**COUSINEAU, McGUIRE & ANDERSON, CHARTERED**

By: ____________________
SUSAN D. THURMER #122543
Attorneys for Third-Party Defendant
Meyers Printing Company
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, Minnesota 55416-5318
(952) 525-6945

**ORDER**

Pursuant to the above Stipulation of counsel, IT IS HEREBY ORDERED:

1. That ¶3 of the Pretrial Scheduling Order dated September 6, 2001 is herein modified as follows:

> 3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:
>
> A. By Plaintiff(s) on or before April 15, 2002.
>
> B. By Defendant(s) on or before May 15, 2002.
>
> C. By Third-Party Defendant(s) on or before June 15, 2002.

2. All other provisions of the Pretrial Scheduling Order remain in force and effect.

Dated: March 8, 2002

Susan Richard Nelson
Susan Richard Nelson
U.S. District Court Judge

No further extensions will be granted.