**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Edward Heiderscheid,

Court File No. Civ. 01-1317 (DSD/SRN)

Plaintiff,

-vs-

Bock Engineered Products, Inc.,
an Ohio corporation,

Defendant and
Third-Party Plaintiff,

-vs-

Meyers Printing Company,

Third-Party Defendant.

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

**IT IS STIPULATED AND AGREED** between Plaintiff and Defendant, by and through their respective undersigned attorneys, that Plaintiff's claims against Defendant in the above-entitled action are dismissed with prejudice and on the merits, without costs to any party, and that judgment of dismissal with prejudice and on the merits may be entered with respect to Plaintiff's claims against Defendant.

MESHBESHER & SPENCE

Dated: 4 - 18, 2002.

Katherine S. Flom, Atty. I.D. 140077
Meshbesher & Spence
1616 Park Avenue
Minneapolis, MN 55404
Phone: (612) 339-9121

FILED 5-24-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 5-24-02
DEPUTY CLERK

DRAWE & HEISICK

Date: March 26, 2002.

Scott P. Drawe
Scott P. Drawe, I.D. No. 148325
Attorney for Defendant Bock Engineered Products, Inc.
7701 France Avenue South, #400
Minneapolis, MN 55435
Phone: (952) 841-2130

## ORDER

Upon the foregoing Stipulation, and upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that judgment of dismissal with prejudice and on the merits, without costs to any of the parties, be entered with respect to Plaintiff's claims against Defendant in the above-entitled action.

BY THE COURT

Dated: May 23, 2002.

Judge of District Court