UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Edward Heiderscheid, Court File No. Civ. 01-1317 (DSD/SRN)

Plaintiff,

-vs-

Bock Engineered Products, Inc.,
an Ohio corporation,

Defendant and
Third-Party Plaintiff,

-vs-

Meyers Printing Company,

Third-Party Defendant.

---

## STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

---

**IT IS STIPULATED AND AGREED** between Defendant and Third-Party Plaintiff Bock Engineered Products, Inc., and Third-Party Defendant Meyers Printing Company, by and through their respective undersigned attorneys, that Bock Engineered Products' claims against Meyers Printing Company in the above-entitled action are dismissed without prejudice, without costs to any party, and that judgment of dismissal without prejudice may be entered with respect to Bock Engineered Products' third-party claims against Meyers Printing Company.

COUSINEAU, MCGUIRE & ANDERSON

Dated: 6/3, 2002.

Susan D. Thurmer, Atty. I.D. 122543
Attorney for Third-Party Defendant
Meyers Printing Company
600 Travelers Express Tower
1550 Utica Avenue South
Minneapolis, MN 55416-5318
Phone: (952) 546-8400

FILED 7-11-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 7-11-02
DEPUTY CLERK

DRAWE & HEISICK

Date: June 20, 2002.

Scott P. Drawe, I.D. No. 148325
Attorney for Defendant and Third-Party Plaintiff
Bock Engineered Products, Inc.
7701 France Avenue South, #400
Minneapolis, MN 55435
Phone: (952) 841-2130

**ORDER**

Upon the foregoing Stipulation, and upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that judgment of dismissal without prejudice, without costs to any of the parties, be entered with respect to Bock Engineered Products' claims against Meyers Printing Company in the above-entitled action.

BY THE COURT

Dated: July 11, 2002.

~~Magistrate Susan R. Nelson~~
Judge of District Court